[No. 17931–4–I.   Division One.   July 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES EDWARD
HUFF, *Defendant,* PETER SHANNON DOWNEY,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–1–03750–9, Robert E. Dixon, J., entered
February 19, 1986. *Dismissed* by unpublished per curiam
opinion.

[Nos. 17236–1–I; 17291–3–I.   Division One.   July 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN CLAY
SWOPE, JR., *Appellant.*

Appeals from a judgment of the Superior Court for
Whatcom County, No. 84–1–00027–1, Byron L. Swedberg,
J., entered August 21, 1985. *Dismissed* by unpublished per
curiam opinion.

[No. 17550–5–I.   Division One.   July 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY ELDON
WOLFER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85–1–02542–0, Charles V. Johnson, J., entered
November 4, 1985. *Dismissed* by unpublished per curiam
opinion.

[No. 18540–3–I.   Division One.   July 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH A.
JURY, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 86–1–00153–3, Byron L. Swedberg, J.,
entered May 22, 1986. *Dismissed* by unpublished per
curiam opinion.